# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CNH AMERICA LLC,**
        **Plaintiff,**

v.                                Case No. 10-C-0649

**MASTER CRAFT ENGINEERING INC.,**
        **Defendant.**

## ORDER

On June 30, 2010, plaintiff filed this diversity breach of contract action. Plaintiff alleges that there is complete diversity among the parties because it is a Delaware limited liability corporation with its principal place of business located in Wisconsin and defendant is a Michigan corporation with its principal place of business located in Georgia. However, for diversity purposes, the citizenship of a limited liability company is not its state of formation and principal place of business, but is rather the citizenship of each of its members. Wise v. Wachovia Sec., LLC, 450 F.3d 265, 267 (7th Cir. 2006).

**THEREFORE, IT IS ORDERED** that, within ten days from the date of this order, plaintiff supplement its complaint with information regarding the citizenship of each of its members so that I may ensure that I have jurisdiction over this matter.

Dated at Milwaukee, Wisconsin, this 31 day of August, 2010.

/s_____
LYNN ADELMAN
District Judge